IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGIA BARNES | : | |
| | : | |
| v. | : | CIVIL ACTION NO. S-00-474 |
| | : | |
| SINAI HOSPITAL | : | |

### O R D E R

On February 17, 2000, plaintiff filed the instant <u>pro se</u> action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.* (Paper No. 1.) Plaintiff has filed a Motion for Leave to Proceed *In Forma Pauperis*. (Paper No. 2.) Because she appears indigent, plaintiff shall be granted leave to proceed without the prepayment of filing fees.

In light of plaintiff's indigency status, the United States Marshal shall effect service of process on defendant. *See* Fed. R. Civ. P. 4(c)(2). However, upon review of the documents filed with this Court, it appears that the plaintiff has not furnished a completed 285 U.S. Marshal service of process form for the named defendant in this case. Until plaintiff cures this problem, service shall not be issued. The Clerk of Court shall be directed to mail one copy of the 285 Marshal form to plaintiff, who must complete said form and return the same to the Clerk of Court within twenty (20) days from the date of this Order.[1] Failure to comply with this Order may result in dismissal without prejudice of plaintiff's claims. Once the form is received, the Clerk of Court and the U.S. Marshal are directed to take all necessary steps to effectuate service of process.

Accordingly, **IT IS** this 23rd day of February, 2000 by this Court hereby

---

[1] Plaintiff may wish to obtain the name of the registered agent for defendant corporation, and to include that name and address on the Marshal service of process form.



**ORDERED:**

1. That the plaintiff'S Motion for Leave to Proceed *In Forma Pauperis* (Paper No. 2), **IS GRANTED**;

2. That the Clerk of Court **MAIL** a copy of this Order, together with one copy of the 285 U.S. Marshal service of process form, to plaintiff;

3. That plaintiff **IS GRANTED TWENTY (20)** days from the date of this Order in which to complete the 285 U.S. Marshal form and return the same to the Clerk of Court. Plaintiff is cautioned that the failure to return the completed 285 U.S. Marshal form in a timely manner may result in the dismissal of this case without prejudice and without further notice from this Court; and

4. That upon receipt of the United States Marshal forms, the Clerk of the Court **IS DIRECTED** to issue summons and the U.S. Marshal **IS DIRECTED** to effectuate service of process on defendant at the address provided by plaintiff.

_____
Frederic N. Smalkin
United States District Court Judge